# EXHIBIT A

17810.00244-WJK
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY:  Walter J. Klekotka, Esquire; 015931987
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for plaintiffs M&J Landscape Products, LLC. and Mark Sievert

| | |
|---|---|
| M&J LANDSCAPE PRODUCTS, LLC. and MARK SIEVERT, <br>         Plaintiffs, <br><br> **vs.** <br><br> PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY <br>         Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> OCEAN COUNTY <br><br> DOCKET NO.:  OCN-L-1374-15 <br> **CIVIL ACTION** <br><br> **SUMMONS** |

FROM:     THE STATE OF NEW JERSEY

TO:        Pennsylvania Lumbermens Mutual Insurance Company
           2005 Market Street, Suite 1200
           Philadelphia, PA  19103

     The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above **within 35 days** from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

     If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

|  |  |
|---|---|
|  | *Michelle M. Smith* |
|  | Michelle M. Smith |
|  | Clerk of the Superior Court |
| DATED:    May 26, 2015 |  |
|  |  |
| Name of Defendant to Be Served:    Pennsylvania Lumbermens Insurance Company |  |
|  |  |
| Address of Defendant to Be Served:<br>            2005 Market Street, Suite 1200<br>            Philadelphia, PA  19103 |  |

LEGAL/100265899.v1

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl.. Hall of Records
101 S. Fifth St.
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MA Y COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court. Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
7 I Monument Park P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House. Room 119
118 Washington Street
Toms River, NJ 08754

LAWYER REFERRAL
(732) 240-3666
LEGAL SER VICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(908) 267-5882
LEGAL SERVICES
(908) 475-2010

Note: Adopted July 13, 1994, effective September 1, 1994; amended June 28, 1996, effective September 1, 1996; address/phone information updated July 1, 1999. effective September 1, 1999; amended July 12, 2002 to be effective September 3, 2002; amended July 27, 2006 to be effective September 1, 2006.



17810.00244-WJK
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
BY: Walter J. Klekotka, Esquire; 015931987
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
856-414-6000
Attorney for plaintiffs M&J Landscape Products, LLC. and Mark Sievert

RECEIVED & FILED
MAY 1 4 2015
SUPERIOR CT., OCEAN

M&J LANDSCAPE PRODUCTS, LLC. and
MARK SIEVERT,
　　　　Plaintiffs,

vs.

PENNSYLVANIA LUMBERMENS
MUTUAL INSURANCE COMPANY
　　Defendants.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
OCEAN COUNTY

DOCKET NO.: OCN-L-21324-15

**CIVIL ACTION**

**COMPLAINT AND JURY TRIAL DEMAND**

M&J Landscape Products, LLC. (M&J) and Mark Sievert, by way of complaint against the defendant, Pennsylvania Lumbermens Mutual Insurance Company, avers as follows:

**FIRST COUNT**

1.　Plaintiffs herein are defendants in a separate personal injury lawsuit filed by Bradley E. Diem in the Superior Court of New Jersey, Law Division, Ocean County, docket number OCN-L-3783-13. (The "Diem Action")

2.　The First Amended Complaint in the Diem Action alleges that Bradley Diem suffered personal injuries on December 2, 2012 in the course and scope of his employment, collecting debris in the Borough of Ship Bottom following Super Storm Sandy.

3.　Diem alleges that he had his hand on a boom truck/front end loader when the truck's claw came into contact with a high voltage transmission line sending an electric charge through the truck, causing Diem to sustain certain injuries.

1

4.     The Diem Action alleges alternatively that Diem was employed by and in the course and scope of his employment with either Clay Mohon Mowing and/or M&J.

5.     Mark Sievert is an employee of M&J, and was operating the front loader in the course of his employment with M&J that is alleged to have caused Mr. Diem's injuries

6.     While M&J and Mark Sievert maintain that Diem was an employee of M&J at the time of the accident, plaintiff's complaint alleges he was employed by another party, and other defendants in the Diem Action have asserted that Diem was not an employee of M&J.

7.     Defendant, Pennsylvania Lumbermens Mutual Insurance Company issued a policy to M&J Landscape Products, LLC. as the named insured, which included, among other coverages, commercial general liability coverage.  The declarations page is attached hereto as **Exhibit "A".**

8.     M&J and Mark Sievert have tendered its defense of the Diem Action to Pennsylvania Lumbermens, but Pennsylvania Lumbermens has failed to provide any sort of response to plaintiffs' request for a defense and indemnity in this matter, and has, therefore, tacitly denied coverage.

9.     Pennsylvania Lumbermens' refusal to provide a response to M&J's tender of a defense in this matter is a breach of the contract of insurance between M&J and Pennsylvania Lumbermens.

10.     M&J has been damaged by the defendant's breach.

WHEREFORE, M&J Landscape Products, LLC. and Mark Sievert demand judgment in their favor including the recovery of all defense costs incurred in the defense of the Diem Action, attorney fees pursuant to N.J. Ct. Rule 4;42-9(a)(6) and any other relief available to plaintiffs to which they shall show themselves justly entitled.

2

## DESIGNATION OF TRIAL COUNSEL

Eric R. Brown, Esquire, of the firm Marshall, Dennehey, Warner, Coleman & Goggin is hereby designated as trial counsel on behalf of Plaintiffs herein pursuant to R.4:25-4.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues.

## CERTIFICATION

I certify that the matter in controversy is not the subject of any other action pending in any court or of any pending Arbitration proceeding, and I know of no other parties to be joined at this time, although the matter of Diem v. Ashbritt, et al., OCN-L-3783-13 arises from the same operative facts.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: _____
ERIC R. BROWN, ESQUIRE
ATTORNEY FOR PLAINTIFFS

DATED: May 13, 2014

LEGAL/100094328.v1

3



PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY    (800) 752-1895

COMMERCIAL LINES POLICY
COMMON POLICY
AMENDED DECLARATIONS
DAILY REPORT

POLICY NO. 16-M030-01-12               RENEWAL OF NUMBER 16-M030-01-10

NAMED INSURED AND MAILING ADDRESS

M & J Landscape Products LLC,
DBA:  Mr. Mulch of Hopkinsville
P.O. Box 664
Hopkinsville, KY   42241

POLICY PERIOD: from 11/05/11 to 11/05/13 at 12:01 A.M., Standard Time at
                your mailing address shown above.

On and after 11/14/12 the conditions of this Amended Declaration apply.

BUSINESS DESCRIPTION: MULCH MFG

In return for the payment of the Premium, and subject to all the terms of
this policy, we agree with you to provide the Insurance as stated in this
policy.

This policy consists of the following Coverage Parts for which a Premium is
indicated.  This Premium may be subject to adjustment.

|                                          |       | PREMIUM |
|------------------------------------------|-------|---------|
| Commercial Property Coverage Part        | $     | INCL.   |
| Commercial General Liability Coverage Part |     | INCL.   |
| Commercial Crime Coverage Part           |       | NIL     |
| Commercial Inland Marine Coverage Part   |       | INCL.   |
| Commercial Auto Coverage Part            |       | NIL     |
| Commercial Fidelity Coverage Part        |       | NIL     |
| Equipment Breakdown Coverage Part        |       | INCL.   |
|                      TOTAL PREMIUM $      |       | 9,358.00 |
|            TOTAL ENDORSEMENT PREMIUM      |       | 2,638.00 |
| KY S. C.                                 |       | 152.00  |
| KY M. T.                                 |       | 549.36  |
|                          TOTAL $         |       | 12,697.36 |

     ADDITIONAL PREMIUM:        $500.00

COMMISSION 10.00%

JD 190 (O) (ED. 85)           BROKER COPY                    0063
                                                          03/01/13

PENNSYLVANIA LUMBERMENS MUTUAL   NSURANCE COMPANY   (800) 752-1895

COMMERCIAL LINES POLICY
COMMON POLICY
AMENDED DECLARATIONS
DAILY REPORT

POLICY NO. 16-M030-01-12                RENEWAL OF NUMBER 16-M030-01-10

NAMED INSURED AND MAILING ADDRESS

M & J Landscape Products LLC,
DBA:  Mr. Mulch of Hopkinsville
P.O. Box 664
Hopkinsville, KY   42241

POLICY PERIOD: from 11/05/11 to 11/05/13 at 12:01 A.M., Standard Time at
                your mailing address shown above.

On and after 11/14/12 the conditions of this Amended Declaration apply.

FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CF150 | (11-85), | CP0090 | (07-88), | CP0010 | (06-07), | SLP-2 | (01-97) |
| CP1030 | (06-07), | CP1218 | (06-07), | CP1032 | (08-08), | LUM153A | (01-08) |
| CP1045 | (08-99), | CPDS06 | (10-00), | CP0166 | (09-00), | LUM130 | (06-04) |
| CP0140 | (07-06), | CL150 | (11-85), | CG0001 | (12-07), | LUM123 | (02-01) |
| CG2010 | (07-04), | CG2147 | (12-07), | CG2173 | (01-08), | LUM145 | (02-06) |
| LUM151 | (01-08), | CG2155 | (09-99), | CG2167 | (12-04), | CG2196 | (03-05) |
| CG2186 | (12-04), | LUM141 | (12-05), | LUM139 | (12-05), | CG0068 | (05-09) |
| CG2132 | (05-09), | CI150 | (11-85), | CM0001 | (09-04), | IN755 | (05-86) |
| LUM158 | (10-08), | CM0141 | (09-00), | BM12 | (11-04), | GU207ME | (08-11) |
| EB0020 | (09-11), | EBP002 | (08-08), | EB9962 | (09-10), | EB9963 | (09-10) |
| IL0017 | (11-98), | IL0021 | (09-08), | IL0953 | (01-08), | IL0263 | (09-08) |
| IL0935 | (07-02), | IL0985 | (01-08), | PN-1 | (07-01) | | | |

Countersigned By

Countersignature
Not Required

Authorized Representative(s)      Date

These Declarations together with the Common Policy Conditions, Coverage
Part Declarations, Coverage Part Coverage form(s) and Forms and
Endorsements, if any, issued to form a part thereof, complete the above
numbered policy.

PENNSYLVANIA LUMBERMENS MUT(   INSURANCE COMPANY   (800) 752-189`

COMMERCIAL PROPERTY COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Product LLC,
          DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

BUSINESS DESCRIPTION: MULCH MFG

DESCRIPTION OF PREMISES - - - - - - - - - - - - - - - - - - - - - - -

| Prem No | Bldg No | Location, Construction and Occupancy |
|---------|---------|--------------------------------------|
| 1 | 1 | FRAME<br>SHOP & OFFICE<br>2105 MADISONVILLE ROAD<br>HOPKINSVILLE<br>CHRISTIAN, KY   42241 |
| 1 | 2 | FRAME<br>OFFICE<br>2105 MADISONVILLE ROAD<br>HOPKINSVILLE<br>CHRISTIAN, KY   42241 |
| 1 | 3 | FRAME<br>STORAGE<br>2105 MADISONVILLE ROAD<br>HOPKINSVILLE<br>CHRISTIAN, KY   42241 |
| 2 | 1 | NON-COMBUSTIBLE<br>OFFICE TRAILER<br>287 DOVER ROAD<br>CLARKSVILLE<br>MONTGOMERY, TN   37042 |
| 2 | 2 | NON-COMBUSTIBLE<br>STORAGE TRAILER<br>287 DOVER ROAD<br>CLARKSVILLE<br>MONTGOMERY, TN   37042 |
| 2 | 3 | NON-COMBUSTIBLE<br>STORAGE TRAILER<br>287 DOVER ROAD<br>CLARKSVILLE |

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY   (800) 752-1895

COMMERCIAL PROPERTY COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
          DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

```
              MONTGOMERY, TN   37042

2      4      NON-COMBUSTIBLE
              STORAGE TRAILER
              287 DOVER ROAD
              CLARKSVILLE
              MONTGOMERY, TN   37042

3      1      NON-COMBUSTIBLE
              MULCH BUSINESS
              4410 HANSON ROAD
              MADISONVILLE
              HOPKINS, KY   42431
```

COVERAGES PROVIDED - - - - - - - - - - - - - - - - - - - - - - - - -

Insurance at the described Premises applies only for Coverages for which a
Limit of Insurance is shown.

| Coverage | Prem No | Bldg No | Limit of Insurance | Covered Causes of Loss | Coinsurance | Premium |
|---|---|---|---|---|---|---|
| BUILDING | 1 | 1 | 52,520 | SPECIAL | 80% | INCL. |
| YOUR BUSINESS PERSONAL PROPERTY | 1 | 1 | 53,880 | SPECIAL | 80% | INCL. |
| BUILDING | 1 | 2 | 42,640 | SPECIAL | 80% | INCL. |
| YOUR BUSINESS PERSONAL PROPERTY | 1 | 2 | 11,440 | SPECIAL | 80% | INCL. |
| BUILDING | 1 | 3 | 12,480 | SPECIAL | 80% | INCL. |
| BUILDING | 2 | 1 | 33,600 | SPECIAL | 80% | INCL. |
| YOUR BUSINESS PERSONAL PROPERTY | 2 | 1 | 5,000 | SPECIAL | 80% | INCL. |
| BUILDING | 2 | 2 | 16,000 | SPECIAL | 80% | INCL. |
| BUILDING | 2 | 3 | 16,000 | SPECIAL | 80% | INCL. |
| BUILDING | 2 | 4 | 16,000 | SPECIAL | 80% | INCL. |
| BUILDING | 3 | 1 | 120,000 | SPECIAL | 80% | INCL. |
| YOUR BUSINESS PERSONAL PROPERTY | 3 | 1 | 5,000 | SPECIAL | 80% | INCL. |
| Premium for this Coverage Part | | | | | | INCL. |
| Endorsement Premium | | | | | | INCL. |
| Total Premium | | | | | | INCL. |

CF 150 (11-85)                     BROKER COPY

0066
03/01/13

PENNSYLVANIA LUMBERMENS MUTU   INSURANCE COMPANY   (800) 752-1895

COMMERCIAL PROPERTY COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
               DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

OPTIONAL COVERAGES - - - - - - - - - - - - - - - - - - - - - - - -

| Coverage | Prem No | Bldg No | Deductible | Agreed Value Expiration | Amount | Inflation Guard |
|---|---|---|---|---|---|---|
| BUILDING | 1 | 1 | $ 1,000 | | | 0% |
| YOUR BUSINESS PERSONAL PROPERTY | 1 | 1 | $ 1,000 | | | |
| BUILDING | 1 | 2 | $ 1,000 | | | 0% |
| YOUR BUSINESS PERSONAL PROPERTY | 1 | 2 | $ 1,000 | | | |
| BUILDING | 1 | 3 | $ 1,000 | | | 0% |
| BUILDING | 2 | 1 | $ 1,000 | | | 0% |
| YOUR BUSINESS PERSONAL PROPERTY | 2 | 1 | $ 1,000 | | | |
| BUILDING | 2 | 2 | $ 1,000 | | | 0% |
| BUILDING | 2 | 3 | $ 1,000 | | | 0% |
| BUILDING | 2 | 4 | $ 1,000 | | | 0% |
| BUILDING | 3 | 1 | $ 1,000 | | | 0% |
| YOUR BUSINESS PERSONAL PROPERTY | 3 | 1 | $ 1,000 | | | |

| Prem No | Bldg No | Replacement Cost Building | Replacement Cost Personal Property | Including Stock | Business Income Monthly Limit | Indemnity Maximum Period | Extended Period | E.Q. Deductible Percent |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | X | X | | | | | |
| 1 | 2 | X | X | | | | | |
| 1 | 3 | X | | | | | | |
| 2 | 1 | X | X | X | | | | |
| 2 | 2 | X | | | | | | |
| 2 | 3 | X | | | | | | |
| 2 | 4 | X | | | | | | |
| 3 | 1 | X | X | | | | | |

MORTGAGE HOLDER(S)/LOSS PAYEE - - - - - - - - - - - - - - - - - -

Mortgage Holder(s)/Loss Payee Name and Mailing Address

MARK & JANE WELLS
7130 HARMONY GROVE ROAD
CROFTON, KY   42217
   STANDARD MORTGAGEE CLAUSE

MARK & JANE WELLS

CF 150 (11-85)              BROKER COPY              0067
                                                     03/01/13

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY   (800) 752-1895

COMMERCIAL PROPERTY COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
               DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

MORTGAGE HOLDER(S)/LOSS PAYEE - - - - - - - - - - - - - - - - - - - - -

Mortgage Holder(s)/Loss Payee Name and Mailing Address

7130 HARMONY GROVE ROAD
CROFTON, KY   42217
  LOSS PAYABLE CLAUSE

MARLIN BANK & INSURANCE
SERVICE CENTER
P.O. BOX 368
MARLTON, NJ   08053
  LOSS PAYABLE CLAUSE

BANK OF AMERICA, NA
MAIL CODE SC3-250-02-43
121 MOORE - HOPKINS LANE
COLUMBIA, SC   29210
  LOSS PAYABLE CLAUSE

MODSPACE
1200 SWEDESFORD ROAD
BERWYN, PA   19312
  LOSS PAYABLE CLAUSE

FIRST DATA
4000 CORAL RIDGE DRIVE
CORAL SPRINGS, FL   33065
  LOSS PAYABLE CLAUSE

FORMS AND ENDORSEMENTS - - - - - - - - - - - - - - - - - - - - - - -

Forms and Endorsements applying to this Coverage Part and made part of this
policy at time of issue:

CF150    (11-85), CP0090  (07-88), CP0010  (06-07), IL0017  (11-98)
SLP2     (01-97), CP1030  (06-07), CP1218  (06-07), CP1032  (08-08)
IL0953   (01-08), LUM153A (01-08), CP1045  (08-99), CPDS06  (10-00)
IL0263   (09-08), IL0935  (07-02), CP0166  (09-00), IL0985  (01-08)
PN-1     (07-01), LUM130  (06-04), CP0140  (07-06)

These Declarations are part of the Policy Declarations containing the Name
of the Insured and Policy Period.

                                                      0068
CF 150 (11-85)              BROKER COPY              03/01/13

PENNSYLVANIA LUMBERMENS MUTl   INSURANCE COMPANY   (800) 752-1895

COMMERCIAL GENERAL LIABILITY COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
               DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

LIMITS OF INSURANCE

General Aggregate Limit
   (Other Than Products--Completed Operations)....$  2,000,000
Products--Completed Operations Aggregate Limit...   2,000,000
Personal and Advertising Injury Limit............   1,000,000
Each Occurrence Limit............................   1,000,000
Fire Damage Limit................................     100,000 Any One Fire
Medical Expense Limit............................       5,000 Any One Person

RETROACTIVE DATE (CG 00 02 Only) - - - - - - - - - - - - - - - - - - - -

Coverage A of this Insurance does not apply to 'bodily injury' or 'property
damage' which occurs before the Retroactive Date, if any, shown here: NONE

BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of Business: CORPORATION

Business Description: MULCH MFG

Location of All Premises You Own, Rent Or Occupy:

PREMIUM - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|                               |          |               | Advance Premium |          |
| Classification                | Code No. | Premium basis | Pr/Co          | All Other |
|-------------------------------|----------|---------------|----------------|-----------|
| WOOD PRODUCTS MFG.- NOC        | 59985    | 800,000 GS    | INCL.          | INCL.     |
| WOOD PRODUCTS MFG.- NOC        | 59985    | 50,000 GS     | INCL.          | INCL.     |
| WOOD PRODUCTS MFG.- NOC        | 59985    | 50,000 GS     | INCL.          | INCL.     |
| Premium for this Coverage Part |          |               |                | INCL.     |
| Endorsement Premium            |          |               |                | $1,100.00 |
| Total Premium                  |          |               |                | $3,462.00 |

1 GS = $1,000 OF    Gross Sales

PENNSYLVANIA LUMBERMENS MUTUA. .NSURANCE COMPANY   (800) 752-1895

```
                  COMMERCIAL GENERAL LIABILITY COVERAGE PART
                          AMENDED DECLARATIONS
POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
               DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

FORMS AND ENDORSEMENTS  - - - - - - - - - - - - - - - - - - - - - - - - - -

Forms and Endorsements applying to this Coverage Part and made part of this
policy at time of issue:

   CL150   (11-85), CG0001  (12-07), IL0017  (11-98), IL0021  (09-08)
   LUM123  (02-01), CG2010  (07-04), CG2147  (12-07), CG2173  (01-08)
   LUM145  (02-06), LUM151  (01-08), IL0263  (09-08), CG2155  (09-99)
   CG2167  (12-04), IL0985  (01-08), PN-1    (07-01), CG2196  (03-05)
   CG2186  (12-04), LUM141  (12-05), LUM139  (12-05), CG0068  (05-09)
   CG2132  (05-09)

These Declarations are part of the Policy Declarations containing the Name
of the Insured and the Policy Period
```

```
CL 150 (ED. 11-85)            BROKER COPY              0070
                                                      03/01/13
```

PENNSYLVANIA LUMBERMENS MUTL   INSURANCE COMPANY   (800) 752-1895

COMMERCIAL INLAND MARINE COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
               DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

BUSINESS DESCRIPTION: MULCH MFG

PREMIUM - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Premium for this Coverage Part                              INCL.

MORTGAGE HOLDER(S)/LOSS PAYEE - - - - - - - - - - - - - - - - - - - -

Mortgage Holder Name and Mailing Address

MARK & JANE WELLS
7130 HARMONY GROVE ROAD
CROFTON, KY   42217
   LOSS PAYABLE CLAUSE

LEAF
P.O. BOX 979127
MIAMI, FL   33197-9127
   LOSS PAYABLE CLAUSE

CLAY MOHON MOWING LLC,
PO BOX 1604
HOPKINSVILLE, KY   42241
   ADDITIONAL INSURED

LEAF CAPITAL FUNDING LLC,
ISAOA
2005 MARKET ST.,14TH FL.
PHILADELPHIA, PA   19103
   LOSS PAYABLE AND ADDITIONAL INSURED CLAUSE

MACZAC CONTRACTING
P.O. BOX 1064

HOPKINSVILLE, KY   42241-1064
   ADDITIONAL INSURED

FORMS AND ENDORSEMENTS - - - - - - - - - - - - - - - - - - - - - - -

Forms and Endorsements applying to this Coverage Part and made part of this
policy at time of issue:

CI150   (11-85), CM0001  (09-04), IM755   (05-86), IL0935  (07-02)


                                                        0071
CI 150 (11-85)              BROKER COPY              03/01/13

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY    (800) 752-1895

COMMERCIAL INLAND MARINE COVERAGE PART
AMENDED DECLARATIONS

POLICY NO. 16-M030-01-12

NAMED INSURED: M & J Landscape Products LLC,
                DBA:  Mr. Mulch of Hopkinsville

POLICY PERIOD: from 11-05-11 to 11-05-13 at 12:01 A.M., Standard Time.

On and after 11-14-12 the conditions of this Amended Declaration apply.

FORMS AND ENDORSEMENTS  - - - - - - - - - - - - - - - - - - - - - - - - -

Forms and Endorsements applying to this Coverage Part and made part of this
policy at time of issue:

LUM158  (10-08), IL0263  (09-08), CM0141  (09-00), IL0017  (11-98)


These Declarations are part of the Policy Declarations containing the Name
of the Insured and the Policy Period.

PENNSYLVANIA LUMBERMENS MUT.   INSURANCE COMPANY   (800) 752-189_

16-M030-01-12    EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT
SCHEDULE
COMMERCIAL PACKAGE POLICY

Subject to any applicable limits on the Declarations, the Equipment Breakdown
Limit is the most we will pay for loss or damage arising from any one
Accident.

These coverages apply to all locations covered on the policy, unless
otherwise specified.

| COVERAGES | | LIMITS |
|---|---|---|
| Equipment Breakdown Limit | $ | 384,560 |
| | | |
| Business Income | $ | |
| Extra Expense | $ | |
| Utility Interruption | $ | 100,000 |
| Expediting Expense | $ | 100,000 |
| Hazardous Substances | $ | 100,000 |
| Water Damage | $ | 100,000 |
| Ammonia Contamination | $ | 100,000 |
| Data & Media | $ | 100,000 |
| Spoilage | $ | 100,000 |
| Ordinance or Law | $ | 100,000 |
| Errors & Omissions | $ | 100,000 |
| Brands & Labels | $ | 100,000 |
| Consequential Loss | $ | 100,000 |
| Newly Acquired Premises | $ | 250,000 |
| Diagnostic Equipment | $ | 100,000 |

DEDUCTIBLES

| Combined, All Coverages | $ | |
|---|---|---|
| Direct Coverages | $ | 5,000 |
| Indirect Coverages | $ | |
| Spoilage | $ | |

OTHER CONDITIONS

0073
BM1Z (11-04)                    BROKER COPY                    03/01/13

**Appendix XII-B1**

| CIVIL CASE INFORMATION STATEMENT (CIS)<br>Use for initial Law Division<br>Civil Part pleadings (not motions) under *Rule* 4:5-1<br>**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| | CHG/CK NO. |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |



| ATTORNEY / PRO SE NAME<br>Eric R. Brown, Esquire | TELEPHONE NUMBER<br>(856) 414-6000 | COUNTY OF VENUE<br>Ocean |
|---|---|---|
| FIRM NAME (if applicable)<br>Marshall, Dennehey, Warner, Coleman & Goggin | | DOCKET NUMBER (when available)<br>OCN-L- *1374-15* |
| OFFICE ADDRESS<br>200 Lake Drive East, Suite 300<br>Cherry Hill, NJ 08002 | | DOCUMENT TYPE<br>Complaint and jury trial demand |
| | | JURY DEMAND  ■ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Plaintiff M&J Landscape Products, LLC. and Mark Sievert | CAPTION<br>M&J Landscape Products, LLC. and Mark Sievert v. Pennsylvania Lumbermens Mutual Insurance Company |
|---|---|
| CASE TYPE NUMBER<br>(See reverse side for listing)<br>505 | HURRICANE SANDY<br>RELATED?<br>☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO |
|---|---|---|
| 505 | ☐ YES  ■ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>■ YES  ☐ No | | IF YES, LIST DOCKET NUMBERS<br>OCN-L-3783-13 |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes  ■ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ YES  ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ☐ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

RECEIVED & FILED

MAY 14 2015

| ♿ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
151 NAME CHANGE
175 FORFEITURE
302 TENANCY
399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502 BOOK ACCOUNT (debt collection matters only)
505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
506 PIP COVERAGE
510 UM or UIM CLAIM (coverage issues only)
511 ACTION ON NEGOTIABLE INSTRUMENT
512 LEMON LAW
801 SUMMARY ACTION
802 OPEN PUBLIC RECORDS ACT (summary action)
999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
305 CONSTRUCTION
509 EMPLOYMENT (other than CEPA or LAD)
599 CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605 PERSONAL INJURY
610 AUTO NEGLIGENCE – PROPERTY DAMAGE
621 UM or UIM CLAIM (includes bodily injury)
699 TORT – OTHER

**Track III - 450 days' discovery**
005 CIVIL RIGHTS
301 CONDEMNATION
602 ASSAULT AND BATTERY
604 MEDICAL MALPRACTICE
606 PRODUCT LIABILITY
607 PROFESSIONAL MALPRACTICE
608 TOXIC TORT
609 DEFAMATION
616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617 INVERSE CONDEMNATION
618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV  - Active Case Management by Individual Judge / 450 days' discovery**
156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303 MT. LAUREL
508 COMPLEX COMMERCIAL
513 COMPLEX CONSTRUCTION
514 INSURANCE FRAUD
620 FALSE CLAIMS ACT
701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 289 | REGLAN |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 278 | ZOMETA/AREDIA | 291 | PELVIC MESH/GYNECARE |
| 279 | GADOLINIUM | 292 | PELVIC MESH/BARD |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 282 | FOSAMAX | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 296 | STRYKER REJUVENATE/ABG II MODULAR  HIP STEM COMPONENTS |
| 286 | LEVAQUIN | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 287 | YAZ/YASMIN/OCELLA | 601 | ASBESTOS |
| 288 | PRUDENTIAL TORT LITIGATION | 623 | PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**    ☐ Putative Class Action    ☒ Title 59

OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER   NJ 08754

COURT TELEPHONE NO. (732) 929-2016                    TRACK ASSIGNMENT NOTICE
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:   MAY 18, 2015
                        RE:     M&J LANDSCAPE PRODUCTS VS PENNSYLVANIA LUMBERMENS
                        DOCKET: OCN L -001374 15

THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 1.

     DISCOVERY IS   150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON MARK A. TRONCONE

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (732) 929-4771 EXT 4771.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

                        ATTENTION:
                                    ATT: ERIC R. BROWN
                                    MARSHALL DENNEHEY WARNER COLE
                                    WOODLAND FALLS CORP CTR
                                    200 LAKE DR E   STE 300
                                    CHERRY HILL     NJ 08002

JUAMG6